473 A.2d 680

Commonwealth v. Davenport, Appellant.

Submitted October 7, 1983. James F. McBride, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Appeal quashed.

473 A.2d 680

Commonwealth v. DeJesus, Jr., Appellant.

Submitted October 7, 1983. Linda K.M. Mowson, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.